against Louise Blase. H. H. Morse, for appellant. H. O. Botty, for respondent. No opinion. Order affirmed, with costs.

PEOPLE ex rel. DE BELPRAT, Appellant, v. SCHOOL BOARD OF BOROUGH OF RICHMOND, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Proceedings by the people of the state of New York, on the relation of Alma H. De Belprat, against the school board of the borough of Richmond, city of New York. No opinion. Order affirmed, without costs, and without prejudice to relator to renew her application at the special term, upon proof of bad faith in her removal. All concur, except SEWELL, J., taking no part.

PEOPLE ex rel. DELAVAN, Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Proceedings by the people of the state of New York, on the relation of Edward C. Delavan, against Thomas L. Feitner and others. E. C. Delavan, Jr., for appellant. G. S. Coleman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. GRAY et al., Appellants, v. SCOTT et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Proceedings by the people of the state of New York, on the relation of Milo J. Gray and others, against Isaac N. Scott and others. No opinion. Judgment (64 N. Y. Supp. 970) affirmed, with costs.

PEOPLE ex rel. HURLEY v. ROOSEVELT et al. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Proceedings by the people of the state of New York, on the relation of Joseph H. Hurley, against Theodore Roosevelt and others. G. W. Stephens, for relator. T. Farley, for respondents. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PEOPLE ex rel. SEAMAN v. SMITH et al., Board of Audit. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Proceedings by the people of the state of New York, on the relation of James M. Seaman, against Lorenzo R. Smith and others, constituting the board of audit of the town of Hempstead, in Nassau county. No opinion. Motion for reargument denied.

PEOPLE ex rel. SMITH v. HOFFMAN et al. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Proceedings by the people of the state of New York, on the relation of Clinton H. Smith, against Edward M. Hoffman and others. No opinion. Motion denied.

PEOPLE ex rel. STONE, Appellant, v. DALTON, Water-Supply Com'r, et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Proceedings by the people of the state of New York, on the relation of Henry A. Stone, against William Dalton, as commissioner of water supply, etc., and another. No opinion. Interlocutory judgment (66 N. Y. Supp. 229) affirmed, with costs, on opinion of CHESTER, J. All concur, except SEWELL, J., taking no part.

PEOPLE ex rel. STREUBEL, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Proceedings by the people of the state of New York, on the relation of William E. Streubel, against Bernard J. York and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PETERSON v. BRONX CO. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by John Peterson against the Bronx Company. No opinion. Motion denied, with $10 costs.

PETERSON, Respondent, v. WEINPAHL, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Otto F. Peterson against Charles Weinpahl. No opinion. Judgment of the municipal court affirmed, with costs. All concur, except SEWELL, J., taking no part.

PHILLIPINES CO., Appellant, v. KIMBALL et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by the Phillipines Company against Amos S. Kimball and others. No opinion. Order (67 N. Y. Supp. 970) affirmed with $10 costs and disbursements, on opinion of GOODRICH, P. J. All concur, except SEWELL, J., taking no part.

PICKERT, Respondent, v. ROCHESTER PRINTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Charles F. Pickert against the Rochester Printing Company. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event.

PICKETT, Respondent, v. TOWN OF WEST MONROE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Garrett Pickett against the town of West Monroe. No opinion. Judgment and order affirmed, with costs.

POLK & CALDER DRUG CO., Respondent, v. MacKINNON, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by the Polk & Calder Drug Company against Robert MacKinnon. No opinion. Order denying motion to resettle reversed, with $10 costs, and motion to resettle granted, and order denying motion to change venue reversed, with $10 costs and disbursements, and motion to change venue granted, with $10 costs to abide event.

POPE et al. v. LEVY. (Supreme Court, Appellate Division, First Department. February

8, 1901.) Action by Sylvester Pope and another against I. Napoleon Levy. No opinion. Motion for reargument denied, with $10 costs.

PRESS PUB. CO. v. ALTONWOOD PARK, ETC., CO. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by the Press Publishing Company against the Altonwood Park, etc., Company. No opinion. Upon payment of $50 costs, motion denied, and leave given to apply in the court below to open default.

PROCESS COPPER & BRASS CO., Respondent, v. PERFECT ARC-LAMP CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by the Process Copper & Brass Company against the Perfect Arc-Lamp Company. No opinion. Judgment of the municipal court affirmed, with costs.

RECKNAGEL v. STEINWAY et al. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Action by Ottilie C. Recknagel against Charles H. Steinway and others. No opinion. Motion granted.

In re REED. (Supreme Court, Appellate Division, First Department. February 8, 1901.) In the matter of Joseph Reed. No opinion. Order affirmed, with $10 costs and disbursements.

REISS, Respondent, v. TOWN OF PELHAM, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by August Reiss against the town of Pelham. No opinion. Order affirmed, with $10 costs and disbursements, on authority of Hurley v. Brown, 55 App. Div. 8, 67 N. Y. Supp. 279.

REMSEN, Respondent, v. BRYANT et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Isaac Remsen against William C. Bryant and another. No opinion. Judgment and order affirmed, with costs. All concur, except GOODRICH, P. J., dissenting, and SEWELL, J., taking no part.

REMSEN v. CAPE COD SHIP-CANAL CO. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Abraham V. Remsen against the Cape Cod Ship-Canal Co. No opinion. Motion granted, with $10 costs.

In re RICE. (Supreme Court, Appellate Division, First Department. December 21, 1900.) In the matter of Charles A. T. Rice. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of the court below. 61 N. Y. Supp. 911.

RICE, Appellant, v. CULVER, Respondent (FRIEDERICH, Appellant). (Supreme Court, Appellate Division, Fourth Department. Jan-

uary 29, 1901.) Action by Teresa Rice against Marvin A. Culver.

PER CURIAM. Motion for reargument denied, motion to amend decision denied, and motion to have questions certified to the court of appeals denied, with $10 costs to each party opposing the motion. Held, that the case is appealable, as matter of right, under sections 190 and 191 of the Code of Civil Procedure.

RIVARD, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by Frank X. Rivard against W. Martin Jones. No opinion. Defendant's exceptions overruled, with costs, and motion for new trial denied, with costs, and judgment ordered for the plaintiff on the verdict.

ROACH, Appellant, v. NEW YORK COOPERAGE CO., Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by John J. Roach against the New York Cooperage Company. L. A. Spalding, for appellant. J. T. Forester, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROGERS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Charles E. Rogers against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs; SEWELL, J., taking no part.

ROOSA, Respondent, v. HARRINGTON et al., Respondents (CORNELL et al., Appellants). (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by De Witt Roosa, as trustee, etc., against Walter C. Harrington and others, impleaded with Louisa Cornell, W. C. Strong, and Rae L. Strong. No opinion. Judgment (65 N. Y. Supp. 601) unanimously affirmed, with costs, on opinion of CHESTER, J., in court below.

ROSENWEIG, Respondent, v. VON BAUER et al., Appellants. (Supreme Court, Appellate Term. February 25, 1901.) Action by Joseph Rosenweig against Annie C. Von Bauer and others. From a judgment for plaintiff, defendants appeal. Affirmed. See 65 N. Y. Supp. 718. W. S. Maddox, for appellants. J. Bogart, for respondent.

ANDREWS, P. J. This action is brought to recover $400 for work done upon four buildings situated on West 117th street, in the city of New York, and for material furnished in connection with such work, and has been tried twice. On the first trial the plaintiff recovered a judgment of $200, with costs, which was reversed by the appellate term on the ground that there was not sufficient proof of the plaintiff's damages, or of the reasonable value of the work actually done by him under the contract. Upon the last trial such proof was furnished and abundantly supports the judgment which was rendered. As I cannot discover that any